## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 211 - 4 | **DATE** | 3/20/2008 |
| **CASE TITLE** | United States of America vs. Sereda Newman | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to indictment filed on 3/12/08. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Federal Defender Program, Allison Siegler, as counsel for the defendant. Enter order appointing Allison Siegler as counsel for defendant. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond. Enter order setting conditions of release. Arraignment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts in the indictment to which she is named. Rule 16.1 (a) conference to be held by 3/2708. Pretrial motions are to be filed by 4/3/08. Response to pretrial motions are to be filed by 4/10/08. A status hearing is set before Judge Guzman is set for 4/15/08 at 10:30 a.m.

■ [ For further detail see separate order(s).]
15 min

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | mm |
|---|---|---|