**FILED**
APR 15 2008
Apr 15 2008
RONALD A. GUZMAN, JUDGE
UNITED STATES DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

United States
v.
Jackson, et al

Case Number: 08 CR 211-4

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sereda Newman

| | |
|---|---|
| **NAME** (Type or print) <br> Heather L. Winslow | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ [signature] | |
| **FIRM** | |
| **STREET ADDRESS** <br> 53 West Jackson Blvd. Ste. 926 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 90795019 | **TELEPHONE NUMBER** <br> (312) 322-0017 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |